USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 97-9009 IN RE: BRIDGET M. HAYES, Debtor.   BRIDGET M. HAYES,  Appellant,  v.  JOSEPH BRAUNSTEIN, ETC., ET AL.,  Appellees. APPEAL FROM THE UNITED STATES BANKRUPTCY APPELLATE PANELOF THE FIRST CIRCUIT   Before  Boudin, Circuit Judge, Coffin, Senior Circuit Judge, and Lynch, Circuit Judge.   Bridget M. Hayes on brief pro se. Donald K. Stern, United States Attorney, and ChristopherAlberto, Assistant United States Attorney, on brief for appelleeUnited States of America.June 26, 1998  Per Curiam. We have carefully reviewed the briefs  and the record on appeal and affirm the judgment below. The appellant failed to present substantial evidence rebutting the duly-filed claim. The Bankruptcy Court's equitable powers do not extend to abridging the substantive rights of creditors.  In re Ludlow Hospital Society, Inc. 124 F.3d 22, 27-28 (1st Cir. 1997). Affirmed. Loc. R. 27.1.